UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE SANCHEZ, an individual<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., business entity unknown; NDEX WEST, LLC, business entity unknown; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-09190 JAK (MANx)<br><br>[PROPOSED] JUDGMENT OF DISMISSAL<br><br>JS-6 |

On January 30, 2012, this Court entered an Order granting, without leave to amend, the Motion to Dismiss Plaintiff's Complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a WORLD SAVINGS BANK, FSB ("Wells

/ / /

/ / /

/ / /

Fargo"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiff's complaint is dismissed with prejudice as to Defendant Wells Fargo;

2. Plaintiff shall take nothing from defendant Wells Fargo; and

3. As the prevailing party, defendant Wells Fargo may submit motions to tax costs and to recover attorneys' fees.

**IT IS SO ORDERED:**

Dated: February 24, 2012

_____
THE HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE